# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHARRAH BENJAMIN FELIX,
    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner
Of Social Security,
    Defendant.

NO. 1:17-cv-2312

(CONNER, C.J.)
(CARLSON, M.J.)

**[FILED VIA ECF]**

## ORDER

This matter is before the Court on Plaintiff's Motion for Summary Judgment and Defendant's Consent Motion to Remand. Having considered the matter and understanding that the parties agree that the case should be remand for further review it is hereby ORDERED:

(1) Defendant's Consent Motion to Remand is GRANTED.

(2) Plaintiff's Motion for Summary Judgment is DENIED AS MOOT;

(3) Upon further review by counsel for the Commissioner, the Commissioner has determined that additional evaluation of Plaintiff's claim is warranted.

(4) This case is DISMISSED.

Let the Clerk of the Court send a copy of this order to all counsel of record.

It is so ORDERED.

BY THE COURT:

/s/ Martin C. Carlson For
----------------------------------------
CHRISTOPHER C. CONNER, CHIEF
UNITED STATES DISTRICT JUDGE

Date: 5/8/18